526 P.2d 799

**Fred ROMERO, Petitioner,**

v.

**AMERICAN FURNITURE COMPANY, Employer and United States Fidelity and Guaranty Company, Insurer, Respondents.**

**No. 10150.**

Supreme Court of New Mexico.

Sept. 20, 1974.

Further ordered that the record in Court of Appeals Cause No. 1308, 86 N.M. 661, 526 P.2d 803 be and the same is hereby returned to the Clerk of the Court of Appeals.

526 P.2d 799

**PHARMACEUTICAL MANUFACTURERS ASSOCIATION et al., Petitioners,**

v.

**NEW MEXICO BOARD OF PHARMACY, Respondent.**

**No. 10078.**

Supreme Court of New Mexico.

Sept. 25, 1974.

Further ordered that this cause be and the same is hereby remanded to the Court of Appeals.